**AND NOW,** this 19th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Timothy DAVIS, a/k/a Tyrone
Davis, Petitioner.

Supreme Court of Pennsylvania.

Aug. 19, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2008, the Petition for Review is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

John F. HILL, Petitioner.

Supreme Court of Pennsylvania.

Aug. 19, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Jeffrey FLOYD, Petitioner.

Supreme Court of Pennsylvania.

Aug. 19, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August, 2008, the Petition for Extension of Time to

File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**